**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GORDON,        ) | |
|        ) | |
|     Plaintiff,      ) | |
|        ) | |
|     vs.        ) | No. 4:26-CV-00571 RHH |
|        ) | |
| UNKNOWN PARMLEY, et al.,        ) | |
|        ) | |
|     Defendants.        ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its review of the record. Self-represented Plaintiff Michael Gordon, an inmate at Potosi Correctional Center, filed this civil rights action for money damages on April 17, 2026, alleging that employees of the Missouri Department of Corrections failed to protect him from assault by another inmate. However, Plaintiff neither paid the Court filing fee nor filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). If Plaintiff files an Application to Proceed in District Court Without Prepaying Fees or Costs, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the Complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to timely pay the filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit an Application to Proceed in District Court Without Prepaying Fees or Costs within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files an Application to Proceed in District Court Without Prepaying Fees or Costs, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 20th day of April, 2026.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE